UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RASHEMA PORTER,** | Case No. LA CV 17-02148-VBF-JEM |
| Plaintiff-Appellant, | ORDER<br>Adopting Report & Recommendation: |
| v. | **Affirming the Denial of SSI Benefits and** |
| NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security Admin., | **Dismissing the Action With Prejudice** |
| Defendant-Appellee. | Directing Entry of Separate Judgment and<br>Terminating the Case (JS-6) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Magistrate Judge's Fed. R. Civ. P. 72(b)(1) Report and Recommendation ("R&R"). Plaintiff-appellant Porter filed objections to the R&R on April 13, 2018, within the time allotted by Fed. R. Civ. P. 72(b)(2), and appellee Commissioner filed a timely response on April 25, 2018. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in *de novo* review of those portions of the R&R to which plaintiff specifically objected. Finding no error of law, fact, or logic, the Court accepts the findings and recommendations of the Magistrate Judge and will implement his recommendations.

Therefore, it is ordered that:

Plaintiff-appellant's objections are **OVERRULED.**

**The Commissioner's decision to deny Supplemental Security Income benefits to plaintiff is AFFIRMED.**

**This action is DISMISSED with prejudice.**

As required by Fed. R. Civ. P. 58(a), final judgment will issue as a separate document.

The case is **TERMINATED** (JS-6).

Dated: Tuesday, May 29, 2018

_/s/ Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE