JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **RASHEMA PORTER,** | **LA CV 17-02148-VBF-JEM** |
| Plaintiff-Appellant, | **FINAL JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| Defendant-Appellee. | |

**It is adjudged that the decision of the defendant-appellee is AFFIRMED.**

Dated: May 29, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge